RECEIVED
MAY 11 2021
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. 21-CV-1195 WMW/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name ANDREW DEVISME

    Street Address 605 N central Ave #104

    County, City St Louis county city of Duluth

    State & Zip Code MN 55802

    Telephone Number 218-NH40-4342

SCANNED
MAY 11 2021
U.S. DISTRICT COURT DULUTH

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

  a. Defendant No. 1

  Name City of Duluth

  Street Address 411 W 1st St

  County, City St Louis Duluth

  State & Zip Code MN 55802

  b. Defendant No. 2

  Name HRA

  Street Address 222 E 2ND St

  County, City St Louis Duluth

  State & Zip Code MN 55802

  c. Defendant No. 3

  Name

  Street Address

  County, City

  State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question       [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. Descrimination - wrongfull Eviction Civil Rights       Hate crime's do Race Ethnicity Violation Hate crime

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                          State of Citizenship:

   Defendant No. 1:                         State of Citizenship:

   Defendant No. 2:                         State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [✓] Defendant(s) reside in Minnesota    [✓] Facts alleged below primarily occurred in Minnesota

   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. HRA Revoked my Voucher out Hate my Protest To Help city wrongfull Evict me my son out great Hate Retaliation, caused grave mental Anguish. Pain Nothing more Hate Revenge.

6. Center city Housing corp wrongfully Evicting me for Complaining. Protest Hate Descrimination

5 count of st Louis used Judge Jill Eichelwald who works with Center city in Bias conflict interist To Help wrongfull Eviction. city Att ok it.

4 Entir city used Ever Agency To Take Evethin in one month in most Hatefull revens Ever seen

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. This caused us Be outcast Harassed out Home mental Damage. relocat all in most Hatefull Revens I seen ever All Illegal I Prove - they ruined Sons Life forcing us Leave All Drs schools Ext, they Harmssed us neglected conditions All out Retaliation off Protest It Hate Like Never seen

Signed this _5_ day of _M-211_

Signature of Plaintiff  _Andrew DeVismo_

Mailing Address



Telephone Number



<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.